**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AURORA COMMERCIAL CORP., Successor entity to Aurora Bank, FSB<br><br>　　　　Plaintiff,<br>　vs.<br><br>SUN WEST MORTGAGE COMPANY, INC.<br><br>　　　　Defendant. | CASE NO. CV13-7377-GW(JEMx)<br><br>**SECOND AMENDED ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>Hearing Date: December 16, 2013<br>Time: 8:30a.m.<br>Ctrm: 10 |

This matter comes before the Court on review of Plaintiff's Motion To Enforce Subpoenas And Issue Contempt Citation ("Motion") requesting the Court issue an Order To Show Cause to Luis Pech and Margarita Pech (collectively "Pechs") requiring the Pechs to demonstrate why they should not be held in contempt of court for failure to comply with the deposition subpoenas served upon them in connection with Case No. 13-CV-00781 (pending in the United States District Court for the District of Colorado).

The Court, deeming itself fully advised, hereby ***GRANTS*** the Motion and directs the Clerk of the Court to issue an Order To Show Cause ("OSC") to the Pechs ordering them to appear for a hearing in this Court on December 9, 2013, at 9:30a.m.  A copy of the OSC shall be personally served on the Pechs in compliance with FED.R.CIV.P. 5.

The OSC shall include a proviso that in the event the Pechs attend their depositions prior to the scheduled hearing (and produce all documents requested in the deposition subpoenas), then the hearing will be vacated as moot.  However, Plaintiff shall retain the right to request attorneys' fees and costs incurred in connection with this subpoena enforcement action.

THEREFORE, IT IS HEREBY ORDERED that Luis Pech and Margarita Pech are hereby ordered to appear in Courtroom 10 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, on ***December 16, 2013 at 8:30a.m.***

The hearing scheduled for December 16, 2013 at 8:30a.m. will be vacated if you both, Mr.

1

**ORDER TO SHOW CAUSE RE CONTEMPT**

and Mrs. Pech, attend your depositions on the morning of December 9, 2013, commencing at 9:30a.m. at the offices of Esquire Deposition Solutions located at 811 Wilshire Boulevard, Suite 1010, Los Angeles, California 90017.  You are further ordered to provide, at that time, all documents requested in the subpoena served upon you on August 16, 2013.

If you fail to attend your deposition on December 9, 2013, then you must appear at this hearing before this Court on December 16, 2013, at 8:30a.m.  If you fail to appear in Court at that time, a bench warrant will be issued for your arrest without further notice and you may be further sanctioned according to the law for your failure to appear.

Date:  December 5, 2013          By: _____
                                     GEORGE H. WU, U.S. District Judge

**ORDER TO SHOW CAUSE RE CONTEMPT**